IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| -vs- | ) | No. CR-20-80-J |
| JOSHUA TAYLOR LUCAS, | ) | Violations: 16 U.S.C. § 3372(a)(1) |
| | ) | 16 U.S.C. § 3373(d)(1)(B) |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

In or about April 2016, in the Western District of Oklahoma,

---------------------------------- **JOSHUA TAYLOR LUCAS** ----------------------------------

knowingly transported and sold wildlife, that is, Galapagos tortoises (*Geochelone nigra*), knowing that said wildlife was taken and possessed in violation of and in a manner unlawful under the laws and regulations of the United States, specifically, the Endangered Species Act, Title 16 U.S.C. § 1538(a)(1)(B) and (D), and did knowingly engage in conduct that involved the sale and purchase of wildlife having a market value in excess in excess of $350.

All in violation of Title 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B).

TIMOTHY J. DOWNING
United States Attorney

*/s/ Amanda Maxfield Green*
AMANDA MAXFIELD GREEN
Assistant United States Attorney

*/s/ R.J. Powers by AMG*
R.J. POWERS
U.S. Dept. of Justice Trial Attorney
Environmental Crimes Section