# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: CR-20-80-J

Charging Document: **Information**   No. of Defendants: 1   Total No. of Counts: 1   Sealed: Y ☐

Forfeiture: Y ☐   OCDETF: Y ☐   Warrant: ☐   Summons: ☐   Notice: ☑   N ☑
N ☑   N ☑   Companion Case No. (if any): _____

By: sc

**DEFENDANT INFORMATION:**

| | |
|---|---|
| Name: Joshua Taylor Lucas | |
| Alias(es): | Address: Midwest City, Oklahoma |
| | FBI No.: |
| DOB: 30 - xx/xx/1989   SSN: xxx-xx-2128 | Race: White   Interpreter: Y ☐  N ☑ |
| Sex: M ☑  F ☐   Juvenile: Y ☐  N ☑ | Language/Dialect: |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☐ Detention Requested   Complaint: Y ☐  N ☐
☐ Type of Bond: _____   Magistrate Judge Case No.: MJ-
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐  N ☐

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: Richard A. Coad   AUSA: Amanda Maxfield Green
☐ CJA Panel   Address: 10 E. Doty Street, Suite 513, Madison, Wisconsin   Agent/Agency: USFWS
☑ Retained   Phone: _____   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 16 U.S.C. § 3372(a)(1); 16 U.S.C. § 3373(d)(1)(B) | Lacey Act - Wildlife Trafficking | NMT 5 yrs. or NMT $250,000 fine o/b.; NMT 3yrs. S/R; $100 S.A.; and mandatory restitution. |

Signature of AUSA: *Amanda Maxfield Green*   Date: 4-14-20

3/19