UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

_____

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                                     Case No.  20-CR–80

JOSHUA LUCAS,

    *Defendant.*

_____

## NOTICE OF APPEARANCE
_____

Please take notice that COAD LAW OFFICE, S.C., by Richard A. Coad, has been retained as counsel for Joshua Lucas in this matter.  Service of all documents should be made upon our office at 10 E. Doty St., Suite 513, Madison, Wisconsin 53703.

Dated at Madison, Wisconsin, April 16, 2020.

                                                 Respectfully submitted,

                                                 */s/ Richard A. Coad*
                                                 Richard A. Coad

                                                 COAD LAW OFFICE, S.C.
                                                 10 E. Doty St., Suite 513
                                                 Madison, Wisconsin 53703
                                                 [608] 661-8080

                                                 Counsel for Joshua Lucas