UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

───────────────────────────────────────────────

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                       Case No.  20-CR–80-J

JOSHUA LUCAS,

    *Defendant*.

───────────────────────────────────────────────

### ORDER
───────────────────────────────────────────────

Upon the Defendant's Unopposed Motion for a Combined Plea and Sentencing and the record herein, IT IS ORDERED that the Defendant's plea and sentencing hearings are combined. The Court directs the United States Probation Office to conduct a presentence investigation and prepare a presentence investigation report concerning the offense and this offender. Further proceedings in this matter are continued pending receipt of the presentence investigation report by the Court and the scheduling of the combined plea and sentencing hearing.

The Court finds that the period of delay caused by the granting of this motion is excluded for purposes of the Speedy Trial Act, Title 18, United States Code, § 3161(h)(7)(A). The Court finds that the ends of justice outweigh the best

interest of the public and Defendant in a speedy trial given the proposed disposition of the case.

IT IS SO ORDERED this 21st day of April 2020.

_____
Hon. Bernard M. Jones
U.S. District Judge