AO 458 (Rev. 01/09)  Appearance

# United States District Court
for the

<u>        WESTERN        </u>  DISTRICT OF <u>        OKLAHOMA        </u>

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. CR-20-080-J |
| | ) |
| JOSHUA LUCAS, | ) |
| | ) |
| Defendant. | ) |

**APPEARANCE OF COUNSEL**

To:   The Clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this court.

Date: <u>August 31, 2020</u>              s/*Charles W. Brown*
                                                      CHARLES W. BROWN
                                                      Bar Number:  20168
                                                      Assistant United States Attorney
                                                      210 Park Avenue, Suite 400
                                                      Oklahoma City, Oklahoma 73102
                                                      (405) 553-8700 (Office)
                                                      (405) 553-8888 (Fax)
                                                      Charles.brown4@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Richard A. Coad, Counsel for defendant.

s/*Charles W. Brown*
CHARLES W. BROWN
Assistant U.S. Attorney
